EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Grimaldi Maldonado Maldonado | 2017 TSPR 147  198 DPR ____ |
|---|---|

Número del Caso: TS-9806

Fecha:   4 de agosto de 2017

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte*

Grimaldi Maldonado Maldonado          **Núm.** TS-9,806

RESOLUCIÓN

San Juan, Puerto Rico, a 4 de agosto de 2017

Examinada la *Moción en solicitud de reinstalación al ejercicio de la notaría* presentada por el Lcdo. Grimaldi Maldonado Maldonado, se provee ha lugar.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo